UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MARCELLUS J. PERRY,** | )<br>) |
| Plaintiff, | )  Case No. CV 12-1629 AJW<br>) |
| v. | )<br>)   J U D G M E N T |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

April 15, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge